# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**ERSOL L. HENRY and
TERRI J. LEWIS,**

          Plaintiffs,

    V.                            CASE NUMBER: **04-C-432**

**MILWAUKEE COUNTY,**

          Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that judgment is entered in favor of the defendant and against the plaintiffs.**

**The Court determined: (1) the plaintiffs were not affected in the terms and conditions of their employment; (2) the plaintiffs were not subject to discrimination on account of their gender or in retaliation for filing discrimination complaints; and (3) gender was a Bona Fine Occupational Qualification for Juvenile Correction Officers working third shift at the Juvenile Detention Center.**

**This action is hereby DISMISSED WITH PREJUDICE.**

| | |
|---|---|
| **May 31, 2007** | **JON W. SANFILIPPO** |
| Date | Clerk |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |